UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RINDNER, BARRY I § Case No. 05-17231 ABG
RINDNER, MARIANNE B §
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter    of the United States Bankruptcy Code on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Payments to the debtor

    Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/JOSEPH E. COHEN_____
                                                  Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 05-17231 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RINDNER, BARRY I | Date Filed (f) or Converted (c): | 05/02/05 (f) |
| | RINDNER, MARIANNE B | 341(a) Meeting Date: | 06/14/05 |
| For Period Ending: | 07/19/10 | Claims Bar Date: | 12/26/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 338,000.00 | 10,000.00 | | 0.00 | 0.00 |
| 2. CASH | 100.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 300.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 400.00 | 0.00 | | 0.00 | 0.00 |
| 6. JEWELRY | 2,000.00 | 1,000.00 | | 0.00 | 0.00 |
| 7. FIREARMS | 200.00 | 0.00 | | 0.00 | 0.00 |
| 8. DVD COLLECTION | 1,000.00 | 1,000.00 | | 0.00 | 0.00 |
| 9. IRA | 14,700.00 | 0.00 | | 0.00 | 0.00 |
| 10. STOCK | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. VEHICLE | 18,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. OFFICE EQUIPMENT | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 13. TOOLS | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 14. FRAUD, CONVEYANCE (u) | 0.00 | 15,000.00 | | 8,664.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 41.51 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $380,200.00    $27,000.00    $8,705.51    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM DEBTOR.  RECORDS FROM DEBTOR HAVE TO BE REVIEWED.  TRUSTEE CONTEMPLATING
FILING LAWSUIT AGAINST DEBTOR AND HIS FORMER BUSINESS.  TRUSTEE IS FILING MOTION FOR TURNOVER OF RECORDS FROM DEBTOR.
TRUSTEE HAS FILED ADVERSARY COMPLAINTS TO RECOVER FRAUDULENT CONVEYANCES.  TRUSTEE HAS TO REVIEW FILED CLAIMS.  TRUSTEE

Case 05-17231 Doc 35 Filed 09/15/10 Entered 09/15/10 09:33:23 Desc Main
Document Page 4 of 13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 05-17231 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RINDNER, BARRY I | Date Filed (f) or Converted (c): | 05/02/05 (f) |
| | RINDNER, MARIANNE B | 341(a) Meeting Date: | 06/14/05 |
| | | Claims Bar Date: | 12/26/07 |

TO PREPARE HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/31/06     Current Projected Date of Final Report (TFR): 03/30/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 05-17231 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RINDNER, BARRY I | | Bank Name: | BANK OF AMERICA, N.A. |
| | RINDNER, MARIANNE B | | Account Number / CD #: | *******6812 BofA - Money Market Account |
| Taxpayer ID No: | *******9547 | | | |
| For Period Ending: | 07/19/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/24/07 | 14 | AMERICAN EXPRESS | Settlement of Adversary | 1241-000 | 6,000.00 | | 6,000.00 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.79 | | 6,000.79 |
| 08/21/07 | 14 | CAROLE PAITSEL | Settlement of Adversary | 1241-000 | 750.00 | | 6,750.79 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.28 | | 6,756.07 |
| 09/25/07 | 14 | CAROLE PAITSEL | | 1241-000 | 750.00 | | 7,506.07 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.36 | | 7,510.43 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.79 | | 7,515.22 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 4.01 | | 7,519.23 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 3.59 | | 7,522.82 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.98 | | 7,525.80 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.79 | | 7,527.59 |
| 03/25/08 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.64 | 7,520.95 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.78 | | 7,522.73 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.54 | | 7,524.27 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.96 | | 7,525.23 |
| 06/26/08 | 14 | Citibank (South Dakota), N.A. | Settlement of Adversary | 1241-000 | 1,164.00 | | 8,689.23 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.93 | | 8,690.16 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.10 | | 8,691.26 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.10 | | 8,692.36 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.07 | | 8,693.43 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.84 | | 8,694.27 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.71 | | 8,694.98 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.44 | | 8,695.42 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,695.49 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,695.56 |
| 02/28/09 | 000302 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 7.14 | 8,688.42 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 8,688.50 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 05-17231 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RINDNER, BARRY I | Bank Name: | BANK OF AMERICA, N.A. |
| | RINDNER, MARIANNE B | Account Number / CD #: | *******6812 BofA - Money Market Account |
| Taxpayer ID No: | *******9547 | | |
| For Period Ending: | 07/19/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 8,688.69 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,688.91 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,689.13 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,689.35 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,689.57 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,689.78 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,689.99 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,690.21 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,690.43 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,690.65 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,690.85 |
| 03/26/10 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 10.33 | 8,680.52 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 8,680.75 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,680.96 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,681.18 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,681.40 |

| Account *******6812 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 4 | Deposits | 8,664.00 | 3 | Checks | 24.11 |
| | 36 | Interest Postings | 41.51 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 8,705.51 | | | |
| | | | | | Total | $ 24.11 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 8,705.51 | | | |

LFORM2T4 UST Form 101-7-TFR (9/1/2009) (Page: 6)

Ver: 15.10b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 05-17231 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RINDNER, BARRY I | Bank Name: | BANK OF AMERICA, N.A. |
| | RINDNER, MARIANNE B | Account Number / CD #: | *******6812  BofA - Money Market Account |
| Taxpayer ID No: | *******9547 | | |
| For Period Ending: | 07/19/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

LFORM2T4  UST Form 101-7-TFR (9/1/2009) *(Page: 7)*

Ver: 15.10b

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-17231 | | Page 1 | | Date: July 19, 2010 |
| Debtor Name: | RINDNER, BARRY I | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | Clerk, U.S. Bankruptcy Court | Administrative | | $450.00 | $0.00 | $450.00 |
| 001<br>3110-00 | Cohen & Krol | Administrative | | $5,274.10 | $0.00 | $5,274.10 |
| 000005<br>999<br>6810-00 | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Administrative | | $8,539.45 | $0.00 | $8,539.45 |
| 000001 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | | $4,568.59 | $0.00 | $4,568.59 |
| 000002 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | | $19,855.16 | $0.00 | $19,855.16 |
| 000003 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a href='/cgi-bin/Claimant.pl?794146,3,05-17231'>Claimant History</a> | Unsecured | | $5,417.89 | $0.00 | $5,417.89 |
| 000004 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a href='/cgi-bin/Claimant.pl?794146,4,05-17231'>Claimant History</a> | Unsecured | | $2,057.75 | $0.00 | $2,057.75 |
| 000006 | American Express Travel Related Services Co, Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $37.44 | $0.00 | $37.44 |
| 000007 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $16,508.78 | $0.00 | $16,508.78 |
| 000008 | American Express Travel Related Services Co, Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $17,316.49 | $0.00 | $17,316.49 |
| 000009 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001 | Unsecured | | $1,841.26 | $0.00 | $1,841.26 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| | | | Page 2 | | | Date: July 19, 2010 |
|---|---|---|---|---|---|---|
| Case Number: | 05-17231 | | Claim Class Sequence | | | |
| Debtor Name: | RINDNER, BARRY I | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Malvern PA 19355-0701 | | | | | |
| 000010 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $10,403.30 | $0.00 | $10,403.30 |
| 000011 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $4,392.24 | $0.00 | $4,392.24 |
| 000012 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card Services III<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $410.53 | $0.00 | $410.53 |
| 000013 | eCAST Settlement Corporation<br>Assignee of Household Bank (Menards)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $3,365.15 | $0.00 | $3,365.15 |
| 000014 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $7,508.23 | $0.00 | $7,508.23 |
| 000015 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $8,701.60 | $0.00 | $8,701.60 |
| 000016 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $9,326.02 | $0.00 | $9,326.02 |
| 000017 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $5,202.37 | $0.00 | $5,202.37 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-17231 | | Page 3 | | | Date: July 19, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | RINDNER, BARRY I | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $131,176.35 | $0.00 | $131,176.35 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-17231 ABG
Case Name: RINDNER, BARRY I
      RINDNER, MARIANNE B
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $_____ | $_____ |
| Attorney for trustee: Cohen & Krol | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: Clerk, U.S. Bankruptcy Court | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other: Department of the Treasury-Internal Reve* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

 Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

 Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

 The amount of surplus returned to the debtor after payment of all claims and interest is $      .