UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| RINDNER, BARRY I | § | Case No. 05-17231 |
| RINDNER, MARIANNE B | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 10/08/2010 in Courtroom B,
                Park City Branch Court
                301 Greenleaf Avenue
                Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                                                        Clerk, U. S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                               §
                                     §
                                     §
RINDNER, BARRY I                     §    Case No. 05-17231
RINDNER, MARIANNE B                  §
                                     §
       Debtor(s)                     §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 8,705.51 |
| *and approved disbursements of* | $ | 24.11 |
| *leaving a balance on hand of*[1] | $ | 8,681.40 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| *Trustee:* JOSEPH E. COHEN | $ 1,620.60 | $ 0.00 |
| *Attorney for trustee:* Cohen & Krol | $ 5,198.75 | $ 75.35 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* Clerk, U.S. Bankruptcy Court | $ 450.00 | $ 0.00 |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,539.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | Department of the Treasury-Internal Revenue | $ 8,539.45 | $ 1,337.14 |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Joseph E. Cohen_____
Trustee

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez              Page 1 of 2                   Date Rcvd: Sep 16, 2010
Case: 05-17231                Form ID: pdf006              Total Noticed: 58

The following entities were noticed by first class mail on Sep 18, 2010.
db/jdb       +Barry I Rindner,   Marianne B Rindner,    254 University Drive,   Buffalo Grove, IL 60089-4344
aty          +Cohen & Krol,   Cohen & Krol,   105 West Madison St 1100,   Chicago, IL 60602-4600
aty          +Donald J Cosley,   1931 Rohlwing Road Suite C,   Rolling Meadows, IL 60008-1360
aty          +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty          +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty          +Linda M Kujaca,   Law Office of Deborah K. Ebner,   11 E. Adams,   Suite 904,
               Chicago, IL 60603-6306
tr           +Joseph E Cohen, Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
9294902      +AT&T Universaol,   PO Box 6408,   The Lakes, NV 88901-6408
9294899      +American Express,   PO Box 360002,   Ft Lauderdale, FL 33336-0002
9294900      +American Express,   PO Box 650448,   Dallas, TX 75265-0448
11688076      American Express Centurion Bank,    c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11662587      American Express Travel Related Services Co, Inc,   c/o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
11688073      American Express Travel Related Svcs Co,    Inc Corp Card,   c/o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
9294901      +Applied Data Concepts Inc,   254 University Drive,   Buffalo Grove, IL 60089-4344
9294907      +BP/Amoco,   Processing Center,   Des Moines, IA 50360-0001
9294903      +Bank One,   PO Box 3211,   Milwaukee, WI 53201-3211
9294904      +Bank One Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
9294905      +Best Buy,   PO Box 17298,   Baltimore, MD 21297-1298
9294908      +Carole Paitsel,   21131 Cancun,   Mission Viejo, CA 92692-4917
9294910      +Chase,   PO Box 52095,   Phoenix, AZ 85072-2095
9294909      +Chase,   PO Box 52064,   Phoenix, AZ 85072-2064
9294911       Check Plus (NY),   PO Box 209619,   South Hackensack, NJ 07606
9294912      +Chorzernpa and Ziah DDS,   1425 Mc henry Road,   Suite 101,   60089-1332
9294913      +Circuit City,   c/o Bank One,   PO Box 78131,   Phoenix, AZ 85062-8131
9294914      +Citibank,   Box 6000,   The Lakes, NV 89163-0001
9294915      +Comp USA,   PO Box 17298,   Baltimore, MD 21297-1298
9294916      +Dial America Marketing,   960 McArthur Blvd.,   Mahwah, NJ 07430-2040
9294918      +Evanston Northwestern Healthcare,   Dept 77-9730,   401 A Pilot Court,   Chicago, IL 60678-0001
9294920       Fleet Card,   PO Box 1070,   Newark, NJ 07101
9294922       Home Depot,   PO Box 9100,   Des Moines, IA 50368
9294924      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
9294923       Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
9294925      +Menards,   PO Box 17602,   Baltimore, MD 21297-1602
9294926       North Grove Internal Medicine,   PO Box 4945,   Buffalo Grove, IL 60089-4945
9294927      +North Suburban Pediatrics,   2530 Ridge Ave,   Evanston, IL 60201-2495
9294928       Ready Credit (NY),   PO Box 8105,   South Hackensack, NJ 07606
9294929       Sam's Club,   PO Box 9721,   Dept 77,   Macon, GA 31297-9721
9294931      +Sears,   PO Box 182149,   Columbus, OH 43218-2149
9294932      +Stern R and Candocia MD,   PO Box 4945,   Buffalo Grove, IL 60089-4945
9294934      +Wells Fargo,   555 E Townline Road,   Vernon Hills, IL 60061-1552
9294935       Wells Fargo Financial,   PO Box 13460,   Philadelphia, PA 19101
11806291     +eCAST Settlement Corporation,   Assignee of Household Bank (Menards),   Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
11801019      eCAST Settlement Corporation assignee of,   Chase Bank USA NA,   POB 35480,
               Newark NJ 07193-5480
11804640      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Sep 16, 2010.
9294906       E-mail/PDF: bankruptcynotices@bmwfs.com Sep 17 2010 01:37:26     BMW Financial Services,
               PO Box 9001065,   Louisville, KY 40290
12650246     +E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2010 01:37:33     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12407671     +E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2010 01:37:33     Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
9294917       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 17 2010 02:58:26     Discover,   PO Box 30395,
               Salt Lake City, UT 84130
11651378      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 17 2010 02:58:26
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
9294919      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33     Exxon Mobil,   PO Box 4555,
               Carol Stream, IL 60197-4555
9294921      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33     GE Capital Cons Cardco,
               PO Box 960061,   Orlando, FL 32896-0061
11651730      E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33     GE Consumer Finance,
               For GE Money Bank,   dba CARE CREDIT/GEMB,   PO Box 960061,   Orlando FL 32896-0661
12033130      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11806571      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12390830      E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2010 01:37:33
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11651732     +E-mail/PDF: rmscedi@recoverycorp.com Sep 17 2010 01:37:33
               Recovery Management Systems Corporation,   For GE Money Bank,   dba WALMART,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
```

```
District/off: 0752-1           User: mgonzalez              Page 2 of 2                Date Rcvd: Sep 16, 2010
Case: 05-17231                 Form ID: pdf006              Total Noticed: 58

The following entities were noticed by electronic transmission (continued)
9294930       E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:32      Sam's Club,   PO Box 105994,
              Atlanta, GA 30348-5994
9294933      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33      Wal-Mart,   PO Box 530927,
              Atlanta, GA 30353-0927
                                                                                                 TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9294898     ##+Accredited Home Lenders,   PO Box 502480,   San Diego, CA 92150-2480
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2010**                       **Signature:**    *Joseph Speetjens*