UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RINDNER, BARRY I | § | Case No. 05-17231 |
| RINDNER, MARIANNE B | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                     Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                     Claims Discharged
                                                              Without Payment:


Total Expenses of Administration:

---

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/JOSEPH E. COHEN_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000008 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000007 | AMERICAN EXPRESS TRAVEL RELATED SVC | | | | | |
| 000003 | CAPITAL RECOVERY II | | | | | |
| 000004 | CAPITAL RECOVERY ONE | | | | | |
| 000002 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 000001 | DISCOVER BANK/DFS SERVICES LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | ECAST SETTLEMENT CORPORATION | | | | | |
| 000016 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000015 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000011 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000010 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000017 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000014 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000006 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000012 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-17231   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RINDNER, BARRY I | Date Filed (f) or Converted (c): | 05/02/05 (f) |
|  | RINDNER, MARIANNE B | 341(a) Meeting Date: | 06/14/05 |
| For Period Ending: | 09/08/11 | Claims Bar Date: | 12/26/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 338,000.00 | 10,000.00 |  | 0.00 | 0.00 |
| 2. CASH | 100.00 | 0.00 |  | 0.00 | 0.00 |
| 3. CHECKING | 300.00 | 0.00 |  | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 3,000.00 | 0.00 |  | 0.00 | 0.00 |
| 5. APPAREL | 400.00 | 0.00 |  | 0.00 | 0.00 |
| 6. JEWELRY | 2,000.00 | 1,000.00 |  | 0.00 | 0.00 |
| 7. FIREARMS | 200.00 | 0.00 |  | 0.00 | 0.00 |
| 8. DVD COLLECTION | 1,000.00 | 1,000.00 |  | 0.00 | 0.00 |
| 9. IRA | 14,700.00 | 0.00 |  | 0.00 | 0.00 |
| 10. STOCK | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 11. VEHICLE | 18,000.00 | 0.00 |  | 0.00 | 0.00 |
| 12. OFFICE EQUIPMENT | 1,500.00 | 0.00 |  | 0.00 | 0.00 |
| 13. TOOLS | 1,000.00 | 0.00 |  | 0.00 | 0.00 |
| 14. FRAUD, CONVEYANCE (u) | 0.00 | 15,000.00 |  | 8,664.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 42.20 | Unknown |
| TOTALS (Excluding Unknown Values) | $380,200.00 | $27,000.00 |  | $8,706.20 | $0.00 Gross Value of Remaining Assets (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM DEBTOR.  RECORDS FROM DEBTOR HAVE TO BE REVIEWED.  TRUSTEE CONTEMPLATING
FILING LAWSUIT AGAINST DEBTOR AND HIS FORMER BUSINESS.  TRUSTEE IS FILING MOTION FOR TURNOVER OF RECORDS FROM DEBTOR.
TRUSTEE HAS FILED ADVERSARY COMPLAINTS TO RECOVER FRAUDULENT CONVEYANCES.  TRUSTEE HAS TO REVIEW FILED CLAIMS.  TRUSTEE

LFORM1                                                                                                                                                          Ver: 16.02b
**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | |
|---|---|---|
| Case No: | 05-17231    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | RINDNER, BARRY I | Date Filed (f) or Converted (c):    05/02/05 (f) |
| | RINDNER, MARIANNE B | 341(a) Meeting Date:    06/14/05 |
| | | Claims Bar Date:    12/26/07 |

TO PREPARE HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/31/06        Current Projected Date of Final Report (TFR): 10/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-17231 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | RINDNER, BARRY I | | Bank Name: | BANK OF AMERICA, N.A. |
| | RINDNER, MARIANNE B | | Account Number / CD #: | *******6812 BofA - Money Market Account |
| Taxpayer ID No: | *******9547 | | | |
| For Period Ending: | 09/08/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/24/07 | 14 | AMERICAN EXPRESS | Settlement of Adversary | 1241-000 | 6,000.00 | | 6,000.00 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.79 | | 6,000.79 |
| 08/21/07 | 14 | CAROLE PAITSEL | Settlement of Adversary | 1241-000 | 750.00 | | 6,750.79 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.28 | | 6,756.07 |
| 09/25/07 | 14 | CAROLE PAITSEL | | 1241-000 | 750.00 | | 7,506.07 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.36 | | 7,510.43 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.79 | | 7,515.22 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 4.01 | | 7,519.23 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 3.59 | | 7,522.82 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.98 | | 7,525.80 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.79 | | 7,527.59 |
| 03/25/08 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.64 | 7,520.95 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.78 | | 7,522.73 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.54 | | 7,524.27 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.96 | | 7,525.23 |
| 06/26/08 | 14 | Citibank (South Dakota), N.A. | Settlement of Adversary | 1241-000 | 1,164.00 | | 8,689.23 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.93 | | 8,690.16 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.10 | | 8,691.26 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.10 | | 8,692.36 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.07 | | 8,693.43 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.84 | | 8,694.27 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.71 | | 8,694.98 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.44 | | 8,695.42 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,695.49 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,695.56 |
| 02/28/09 | 000302 | International Sureties, Ltd. 701 Poydras St. Suite 420 | Bond premium | 2300-000 | | 7.14 | 8,688.42 |
| | | | Page Subtotals | | 8,702.20 | 13.78 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-17231 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | RINDNER, BARRY I | | Bank Name: | BANK OF AMERICA, N.A. |
| | RINDNER, MARIANNE B | | Account Number / CD #: | *******6812 BofA - Money Market Account |
| Taxpayer ID No: | *******9547 | | | |
| For Period Ending: | 09/08/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 8,688.50 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 8,688.69 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,688.91 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,689.13 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,689.35 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,689.57 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,689.78 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,689.99 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,690.21 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,690.43 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,690.65 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,690.85 |
| 03/26/10 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 10.33 | 8,680.52 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 8,680.75 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,680.96 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,681.18 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,681.40 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,681.61 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 8,681.84 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,682.05 |
| 10/07/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 8,682.09 |
| 10/07/10 | | Transfer to Acct #*******1448 | Final Posting Transfer | 9999-000 | | 8,682.09 | 0.00 |

Page Subtotals        4.00        8,692.42

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-17231 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | RINDNER, BARRY I | | Bank Name: | BANK OF AMERICA, N.A. |
| | RINDNER, MARIANNE B | | Account Number / CD #: | *******6812  BofA - Money Market Account |
| Taxpayer ID No: | *******9547 | | | |
| For Period Ending: | 09/08/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,706.20 | 8,706.20 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 8,682.09 | |
| | | | Subtotal | | 8,706.20 | 24.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,706.20 | 24.11 | |

Page Subtotals           0.00         0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-17231 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RINDNER, BARRY I | Bank Name: | BANK OF AMERICA, N.A. |
| | RINDNER, MARIANNE B | Account Number / CD #: | *******1448 BofA - Checking Account |
| Taxpayer ID No: | *******9547 | | |
| For Period Ending: | 09/08/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/07/10 | | Transfer from Acct #*******6812 | Transfer In From MMA Account | 9999-000 | 8,682.09 | | 8,682.09 |
| 10/14/10 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,620.55 | 7,061.54 |
| 10/14/10 | 003002 | Cohen & Krol | Attorney fees per court order | | | 3,541.18 | 3,520.36 |
| | | | Fees 3,465.83 | 3110-000 | | | |
| | | | Expenses 75.35 | 3120-000 | | | |
| 10/14/10 | 003003 | Clerk, U.S. Bankruptcy Court | Deferred Adversary Filing Fees | 2700-000 | | 450.00 | 3,070.36 |
| 10/14/10 | 003004 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 1,732.92 | 1,337.44 |
| * 10/14/10 | 003005 | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Claim 000005, Payment 15.66190% | 5800-003 | | 1,337.44 | 0.00 |
| * 11/03/10 | 003005 | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Claim 000005, Payment 15.66190% | 5800-003 | | -1,337.44 | 1,337.44 |
| 03/08/11 | 003006 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000001, Payment 1.14390% | 7100-000 | | 52.26 | 1,285.18 |
| 03/08/11 | 003007 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000002, Payment 1.14398% | 7100-000 | | 227.14 | 1,058.04 |
| 03/08/11 | 003008 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 000003, Payment 1.14399% | 7100-000 | | 61.98 | 996.06 |
| 03/08/11 | 003009 | Capital Recovery One | Claim 000004, Payment 1.14397% | 7100-000 | | 23.54 | 972.52 |

Page Subtotals 8,682.09 7,709.57

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-17231 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | RINDNER, BARRY I | | Bank Name: | BANK OF AMERICA, N.A. |
| | RINDNER, MARIANNE B | | Account Number / CD #: | *******1448  BofA - Checking Account |
| Taxpayer ID No: | *******9547 | | | |
| For Period Ending: | 09/08/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/08/11 | 003010 | 25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<br>American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000007, Payment 1.14394% | 7100-000 | | 188.85 | 783.67 |
| 03/08/11 | 003011 | American Express Travel Related Services Co, Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000008, Payment 1.14394% | 7100-000 | | 198.09 | 585.58 |
| 03/08/11 | 003012 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000009, Payment 1.14378% | 7100-000 | | 21.06 | 564.52 |
| 03/08/11 | 003013 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000010, Payment 1.14396% | 7100-000 | | 119.01 | 445.51 |
| 03/08/11 | 003014 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000011, Payment 1.14406% | 7100-000 | | 50.25 | 395.26 |
| 03/08/11 | 003015 | eCAST Settlement Corporation<br>Assignee of Household Bank (Menards)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Claim 000013, Payment 1.14408% | 7100-000 | | 38.50 | 356.76 |
| 03/08/11 | 003016 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank, N.A. | Claim 000014, Payment 1.14394% | 7100-000 | | 85.89 | 270.87 |

Page Subtotals        0.00        701.65

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-17231 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | RINDNER, BARRY I | | Bank Name: | BANK OF AMERICA, N.A. |
| | RINDNER, MARIANNE B | | Account Number / CD #: | *******1448  BofA - Checking Account |
| Taxpayer ID No: | *******9547 | | | |
| For Period Ending: | 09/08/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/08/11 | 003017 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000015, Payment 1.14393%<br>(15-2) Credit Card Debt<br>(15-2)<br>AMENDING CLAIM TO UPDATE BALANCE<br>INFORMATION AND ADD DOCUMENTATION | 7100-000 | | 99.54 | 171.33 |
| 03/08/11 | 003018 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000016, Payment 1.14400% | 7100-000 | | 106.69 | 64.64 |
| 03/08/11 | 003019 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000017, Payment 1.14390% | 7100-000 | | 59.51 | 5.13 |
| 03/08/11 | 003020 | United States Bankruptcy Court<br>IL | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #    CLAIM #    DIVIDEND<br>================================<br>12           000012          4.70<br>6            000006          0.43 | <br><br><br><br>7100-001<br>7100-001 | | 5.13 | 0.00 |

Page Subtotals       0.00       270.87

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 14)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-17231 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | RINDNER, BARRY I | | Bank Name: | BANK OF AMERICA, N.A. |
| | RINDNER, MARIANNE B | | Account Number / CD #: | *******1448  BofA - Checking Account |
| Taxpayer ID No: | *******9547 | | | |
| For Period Ending: | 09/08/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 8,682.09 | 8,682.09 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 8,682.09 | 0.00 | |
| | | | Subtotal | | 0.00 | 8,682.09 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 8,682.09 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********6812 | 8,706.20 | 24.11 | 0.00 |
| BofA - Checking Account - ********1448 | 0.00 | 8,682.09 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 8,706.20 | 8,706.20 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals           0.00           0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*